SAMUEL WEISMAN, Appellant, v. JOHN H. RAMBO and Another, Respondents.— Action to recover broker's commissions. Appeal from judgment dismissing the complaint at the close of plaintiff's case. Judgment of the County Court of Nassau county reversed on the law and a new trial ordered, costs to appellant to abide the event. The plaintiff made out a cause of action. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

DOROTHY WEISSMAN, by ETHEL WEISSMAN, Her Guardian ad Litem, Respondent, v. CHARLES SPRINGER, Appellant, and THOMAS MANICO, Defendant.— Judgment in an action brought to recover damages for personal injuries sustained by plaintiff, who was struck by the appealing defendant's motorcycle, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

ROSE WERTHEIMER and Another, as Administratrices, etc., of SAMUEL WERTHEIMER, Deceased, Respondents, v. SARAH KORN and Another, Appellants.— In an action to recover on a note made by defendant Korn and claimed by defendant Wertheimer to be owned by him, judgment unanimously affirmed, with costs. The credibility of the witnesses and the weight of evidence were questions for the trial court. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

WILLIS FLOORING COMPANY, INC., Respondent, v. THE BOARD OF EDUCATION OF THE TERRYVILLE-PORT JEFFERSON STATION UNION FREE SCHOOL, DISTRICT NUMBER 3, BROOKHAVEN, Appellant.— Judgment of the County Court of Suffolk county in an action to recover damages for breach of contract reversed on the law, with costs, and judgment directed in favor of the defendant, dismissing the complaint, with costs. The evidence contained in this record clearly shows that the president of the defendant was never authorized to execute the contract in question and that it was never ratified. It was, therefore, not binding upon the defendant. Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ., concur.